MICHAEL R. GIBSON (Bar No. 199272)
Gibsonm@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile:  (619) 696-1410

Attorneys for Plaintiffs WOODSTREAM
CORPORATION; SAFER, INC.;
and DYNAMIC SOLUTIONS WORLDWIDE, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| WOODSTREAM CORPORATION; SAFER, INC.; and DYNAMIC SOLUTIONS WORLDWIDE, LLC. | Case No. 5:24-CV-02728-KK-SP |
|---|---|
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT NATANYA NACOLE MATIER** |
| v. | |
| NATANYA NACOLE MATIER, | DATE: July 3, 2025<br>TIME: 9:30 a.m.<br>CRTM: 3<br>JUDGE: Honorable Kenly Kiva Kato |
| Defendant. | |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiffs Woodstream Corporation ("Woodstream"), Safer, Inc. ("Safer"), and Dynamic Solutions Worldwide, LLC ("Dynamic") (collectively, the "Plaintiffs"), by and through its undersigned counsel, will respectfully move this Court, before the Honorable Kenly Kiya Kato, United States District Judge for the Central District of California, located at George E. Brown, Jr. United States Courthouse, 3470 12th Street, 3rd Floor, Courtroom 3, Riverside, CA 92501, on July 3, 2025 at 9:30 a.m., or as soon thereafter as counsel may be heard, for the entry of default judgment against Defendant Natanya Nacole Matier for damages and injunctive relief.

///

12952441.1

Each of the Plaintiffs seek monetary and statutory damages, as well as injunctive relief, attorneys' fees, and costs in response to the infringement of their respective intellectual property rights.

Safer, Inc. seeks total statutory damages of $375,000, representing $75,000 for each of the five types of Counterfeit Goods sold by the Defendant in willful violation of Safer's trademark rights, plus $11,100 in attorney's fees as provided by Local Rule 55-3 plus costs per statute.

Dynamic seeks patent infringement damages of $113,230 in lost profits based on a net profit of 30% on sales of Counterfeit Goods totaling $377,434.00.  *See* McQuillan Decl. at ¶¶ 8-11.  Dynamic also seeks judgment for attorneys' fees in the amount of $5,864.60 as provided by Local Rule 55-3.

Lastly, Woodstream seeks statutory damages of $30,000 for Defendant's willful copyright infringement of the Safer Home Glue Card Design, plus attorneys' fees in the amount of $2,399.99 as provided by Local Rule 55-3.

This application is based on the Notice, Memorandum of Points and Authorities in support thereof, the Declaration of Michael R. Gibson, the Declaration of Paul McQuillan, all pleadings on file in this action, and such further evidence and argument as may be presented at the hearing on this matter.

The parties have not met and conferred about the relief sought herein. Defendant Matier has not appeared and Plaintiffs are unaware whether Matier is represented by counsel.  Accordingly, Plaintiffs were unable to confer with counsel for Matier pursuant to Local Rule 7-3 prior to submitting its application.

///
///

Dated: May 13, 2025            HIGGS FLETCHER & MACK LLP

By:      */s/ Michael R. Gibson*
MICHAEL R. GIBSON
Attorneys for Plaintiffs WOODSTREAM CORPORATION; SAFER, INC.; and DYNAMIC SOLUTIONS WORLDWIDE, LLC.

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

12952441.1

3