1        J S - 6

2

3

4

5              UNITED STATES DISTRICT COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7

8
   WOODSTREAM CORPORATION ET        Case No. EDCV 24-2728-KK-SPx
9
   AL.,
10
                    Plaintiffs,       JUDGMENT
11
                v.
12
   NATANYA NACOLE MATIER,
13
                    Defendant(s).
14

15

16        Pursuant to the Order Granting Plaintiffs' Motion for Default Judgment, IT IS

17   HEREBY ADJUDGED that judgment is entered in favor of plaintiffs Woodstream

18   Corporation, Safer Inc, and Dynamic Solutions Worldwide, LLC against defendant

19   Natanya Nacole Matier ("Defendant") as follows:

20

21        1.    Defendant is ORDERED to pay plaintiff Safer Inc damages in the

22              amount of $386,100;

23        2.    Defendant is ORDERED to pay plaintiff Woodstream Corporation

24              damages in the amount of $32,399.99; and

25

26

27

28

3.    Defendant is permanently enjoined from further infringement on:

(1)    United States Trademark Registration No. 7,348,455;

(2)    United States Patent No. 11,470,832 for a "Plug-In Insect Trap With Replaceable Adhesive Card"; and

(3)    United States Copyright Registration No. VA 2-385-220 for the Safer Home Glue Card Design.

(JS-6)

Dated: July 17, 2025

_____

HONORABLE KENLY KIYA KATO
United States District Judge

2